**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01149-CV

### REDBUD 115 LAND TRUST, Appellant

### V.

### THE BANK OF NEW YORK MELLON ET AL., Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 88084-422**

## ORDER

The Court has before it appellee's September 17, 2013 motion for substitution of counsel.

The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to substitute R. Dwayne

Danner and Lorin M. Subar of McGlinchey Stafford, PLLC in the place of Joshua A. Huber and

Lance D. Leisure of Blank Rome LLP as counsel of record for appellee.


/s/     ELIZABETH LANG-MIERS
          JUSTICE